IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **KRISTEN LEONE,** *et al.,*<br>　　Plaintiffs,<br><br>　　v.<br><br>**OLYMPUS CORPORATION<br>OF THE AMERICAS,** *et al.,*<br>　　Defendants. | Civil Action No. 20-cv-3158 |

# ORDER

**AND NOW**, this 15th day of September, 2022, upon consideration of Defendants' "Motion to Dismiss" (ECF No. 16), and Plaintiffs' response thereto (ECF No. 20), it is hereby **ORDERED** that Defendants' Motion is **GRANTED** in part and **DENIED** in part as follows:

1. Defendants' motion with respect to Plaintiffs' claims under 29 U.S.C. § 1132(a)(2) and 29 U.S.C. § 1109, as well as Plaintiffs' claims for equitable estoppel is **GRANTED** and those claims are **DISMISSED WITH PREJUDICE**;

2. Defendants' motion with respect to the six plaintiffs who adequately pled detrimental reliance is **DENIED;**

3. Plaintiffs' misrepresentation claims for the remaining thirty-three plaintiffs are **DISMISSED WITHOUT PREJUDICE**. **Within thirty (30) days from the date of this Order**, Plaintiffs may file an amended complaint to plead more specific allegations of the reliance losses suffered by these plaintiffs.

　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**


　　　　　　　　　　　　　　　　　　　　*/s/ Mitchell S. Goldberg*
　　　　　　　　　　　　　　　　　　　　**MITCHELL S. GOLDBERG, J.**